costs. upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of LOVE FIDELE SEYMOUR, Deceased.— Application for stay pending appeal denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

AXEL OLSON, Respondent, v. NICHOLAS VESSA, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs on appeal by December fifteenth and shall be ready for argument at the opening of the January term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

DANIEL PANTALONE, Respondent, v. THE NATIONAL CASUALTY COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve the printed papers and printed briefs on appeal by December twentieth and shall be ready for argument at the open'ng of the January term. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

---

## FIRST DEPARTMENT, DECEMBER, 1924.

JAMES C. DAYTON, as Executor and as Ancillary Executor, etc., of KATE McCALLUM PAGE, Deceased, Appellant, v. GRACE G. FARMER, Respondent.

Appeal from a judgment of the Supreme Court in favor of the defendant, entered in the New York county clerk's office February 7, 1924, upon the decision of the court dismissing the complaint after a trial at Special Term.

PER CURIAM: The judgment appealed from should be affirmed, with costs to the respondent. The findings of fact as proposed by the plaintiff contained in "plaintiff's requests to find" and numbered 9, 13 and 24, which under the interpretation given them by the plaintiff upon this appeal are inconsistent with the decision and findings signed by the learned trial justice, are, therefore, reversed as not justified by the evidence. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ. Judgment affirmed, with costs.

---

JOHN KOHLER, Respondent, v. THIRD AVENUE RAILWAY COMPANY and Others, Appellants.— Motion dismissed, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILTON J. ROSS, Respondent, v. MOTH PROOF PRODUCTS CORPORATION and Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY FEINGOLD, Respondent, v. WALWORTH BROS., INC., and Others, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY-94TH ST. REALTY CO., INC., and Another, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals, etc., Appellants.— Preference granted for December 9, 1924. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRISON AMUSEMENT CO., INC., Appellant, v. HARRY MACKLER, as President, etc., and Others, Respondents.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK,

by JESSE S. PHILLIPS, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. In the Matter of the Claim of C. SEWALL THOMAS, JR. Surety Claim No. 561, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL JACOBS, Appellant, v. METCO CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MILTON GOLDBERG, an Infant, by HYMAN GOLDBERG, His Guardian ad Litem, Respondent, v. ELIZABETH ADELMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of BERSON SYDEMAN Co., INC., Respondent, for an Order Directing an Arbitration to Proceed, etc., between BERSON SYDEMAN Co., INC., and FAIRFAX TEXTILE MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examina'ion to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MADELEINE S. STERN, Appellant, v. DELLA ROSENTHAL, Respondent, Impleaded with Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SYLVIA LANDERS, Respondent, v. SAMUEL LANDERS, Appellant.— Order entered on October 6, 1924, modified as indicated in order, and as so modified affirmed, without costs. Appeal from order of October 18, 1924, as resettled by order of October 29, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALEXANDER BLOCK, Appellant, v. FRANCIS KEIL & SON, INC., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARNA WALDMAN, Respondent, v. NATHAN WALDMAN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM G. HEDDESHEIMER, Appellant, v. CHARLES J. ROMER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN DUNCAN, Respondent, v. CHARLES A. STONEHAM and Another, as Partners, Trading under the Firm Name of CHARLES A. STONEHAM & Co., and Individually, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT HARFORD, Respondent, v. CHARLES A. STONEHAM and Another, as Partners, Trading under the Firm Name of CHARLES A. STONEHAM & Co., and Individually, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRENE LILLIAN RUTLEDGE, Respondent, v. CHARLES A. STONEHAM and Another,